FILED
JAN 1 6 2013
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Frank Brett,

        Plaintiff,

v.

Judge Reggie Walton *et al.*,

        Defendants.

Civil Action No. 13 0064

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 1915(e), the Court is required to dismiss a complaint upon a determination that it, among other grounds, is frivolous. 28 U.S.C. § 1915(e)(2)(B)(i).

Plaintiff is a resident of Philadelphia, Pennsylvania, suing U.S. District Judge Reggie B. Walton of this Court and a list of other defendants. Plaintiff states that on December 18, 2012, "all the logistics and civil rights harassment have been coming from Federal Judge Reggie Walton of Washington DC. I would see attorneys Andrea Carter [a named defendant] and 2 other attorneys follow me into the Washington DC Federal Courthouse. I have the logistics as evidence." Compl. at 2. The remainder of the 19-page complaint is simply incomprehensible.

The complaint presents the very type of fantastic or delusional scenarios warranting dismissal of the case under § 1915(e) as frivolous. *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *Best v. Kelly*, 39 F.3d 328, 330-31 (D.C. Cir. 1994). Furthermore, complaints, such as this one, that lack "an arguable basis in law and fact" are, too, subject to dismissal as frivolous.

*Brandon v. District of Columbia Bd. of Parole*, 734 F.2d 56, 59 (D.C. Cir. 1984); *see Crisafi v. Holland*, 655 F.2d 1305, 1307-08 (D.C. Cir. 1981) ("A court may dismiss as frivolous complaints reciting bare legal conclusions with no suggestion of supporting facts, or postulating events and circumstances of a wholly fanciful kind."). A separate Order of dismissal accompanies this Memorandum Opinion.

/s/ _____
United States District Judge

Date: January _11_, 2013